**FILED**
DEC 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 11CR3853-GT |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING SENTENCING HEARING TO FEBRUARY 8, 2012, AT 9:30 A.M. |
| EDGAR AVILA-NAJERA, ) | |
| Defendants. ) | |

O R D E R

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in Criminal Case No. 11CR3853-GT is continued from December 21, 2011, at 9:30 a.m. to February 8, 2012, at 9:30 a.m.

DATED: 12-20-11

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court